PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TEDDI L. PIERCE, | ) | |
| | ) | CASE NO. 1:23CV1122 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Having filed its Sentence-Four Remand Order, the Court hereby reverses the decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and remands the case to the Commissioner for further proceedings and a new decision.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| October 27, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |